UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES D. RAND,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | No.  CV-09-00028-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION TO REMAND PURSUANT TO<br>SENTENCE FOUR OF 42 U.S.C.<br>§ 405(g) |

BEFORE THE COURT is the parties' Stipulated Motion to Remand the  captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 22.)  The parties have consented to proceed before a magistrate judge.  (Ct. Rec. 8.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1.   The parties' Stipulated Motion to Remand **(Ct. Rec. 22)** is **GRANTED**.   The captioned case **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will further address the medical record, and particularly the opinions of Jay M. Toews, Ed.D., and Dennis R. Pollack, Ph.D.  The ALJ will reconsider the

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

claimant's credibility and residual functional capacity. If warranted, the ALJ should obtain supplemental medical expert evidence. Supplemental vocational expert evidence should be arranged, if appropriate.

2. Judgment shall be entered for the **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment (**Ct. Rec. 17**) is dismissed as moot.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED October 5, 2009.


                        S/ CYNTHIA IMBROGNO
                     UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2